IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DWAYNE DARRELL BOWENS SR., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CASE NO. 2:14-CV-702-WKW |
| KNOX KERSHAW, INC., | ) ) ) |
| Defendant. | ) |

## **ORDER**

On November, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 46.) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and that Defendant's motion for summary judgment (Doc. # 38) is GRANTED as to all claims.

A separate final judgment will be entered

DONE this 22nd day of December, 2015.

                                        /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE